**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 53 MM 2018
:
            Respondent :
:
:
:
          v. :
:
:
:
BRANDON JALON MAZE, :
:
            Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.